1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10          **WESTERN DIVISION**

11

12  BRITTANI CANTERBURY,                    )    No. CV 07-1372-ODW (PLA)
                                            )
13                      Petitioner,          )
                                            )
14          v.                              )    **ORDER TO SHOW CAUSE RE: DISMISSAL**
                                            )    **OF ACTION**
15  UNITED STATES OF AMERICA,               )
                                            )
16                      Respondent.          )
    _____)
17

18          Petitioner, who was at that time an inmate in the custody of the Federal Bureau of Prisons

19  ("BOP") incarcerated at the Federal Prison Camp in Victorville, California, filed, through counsel,

20  a "Motion for Credit For Time Spent While Detained Pursuant to 28 U.S.C. § 2255" in the United

21  States District Court for the District of Utah.  Thereafter, the District Court for the District of Utah

22  construed her Motion as a petition for writ of habeas corpus challenging the execution of a

23  sentence, which is properly brought pursuant to 28 U.S.C. § 2241 in the district where the prisoner

24  is confined.  Accordingly, the District Court for the District of Utah transferred the case herein,

25  where it was filed on March 1, 2007.

26          Respondent filed an Answer to the Petition, supported by a Memorandum of Points and

27  Authorities, on May 29, 2007.  In its Answer, respondent stated that, in response to the instant

28  Petition, the BOP conducted an investigation into petitioner's claim and recalculated her

presence credit.  As a result of the investigation, the BOP increased her presence credit from 11 days to 48 days and recalculated her scheduled release date from September 20, 2007, to August 14, 2007.  (See Answer at 3-4).

On July 30, 2007, petitioner filed a Reply to the Answer in which she stated that she "does not take issue with the United States of America's Memorandum of Points and Authorities." Further, petitioner stated that she agrees that she should receive the additional days of credit, and concludes: "Petitioner respectfully feels that she should be released on August 14th, 2007." (See Reply).

Accordingly, it appears to the Court that petitioner's claims have become moot and that the Petition should be dismissed.

For the foregoing reasons, **no later than June 12, 2009**, petitioner is **ordered to show cause** why this action should not be dismissed as moot.

**Failure to respond to this Order by June 12, 2009, will result in the summary dismissal of this action.**

DATED: May 28, 2009

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE